# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-2837

_____

Wade Charles Heiden

*Plaintiff - Appellant*

v.

Unknown Deputy Clerk; Hamilton County Clerks Office; Hamilton County, Iowa

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Northern District of Iowa - Ft. Dodge

_____

Submitted: October 22, 2013
Filed: October 23, 2013
[Unpublished]

_____

Before SMITH, BOWMAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Charles Heiden, a federal inmate, appeals from an order of the District Court[1] dismissing his pro se complaint prior to service under 28 U.S.C. § 1915(e)(2)(B).

_____

[1]The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.

Heiden alleged that a state-court deputy clerk improperly signed a document on behalf of a state-court judge, and that, as a consequence, Heiden received an invalid conviction and sentence in federal court. Upon careful de novo review, see Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (noting de novo review of § 1915(e)(2)(B) dismissals), we agree with the District Court that Heiden failed to state a claim upon which relief could be granted, see Bell Atl. Corp. v. Twombly, 550 U.S. 544, 555, 570 (2007) (noting that a plaintiff's obligation to provide grounds for relief requires more than labels and conclusions; a complaint fails to state a claim upon which relief can be granted if it does not plead sufficient facts to state a claim to relief that is plausible on its face). Accordingly, we affirm. See 8th Cir. R. 47B.

_____